# United States District Court
# Eastern District of Virginia

FEB 1

UNITED STATES OF AMERICA
V.

**JUDGMENT IN A CRIMINAL CASE**
(For offenses committed on or after November 1, 1987)

Case Number: **7194110, 7194111, 7194112 & 7194113**
**(1:17po3064)**

**Alex Holmes**
DEFENDANT

**Shannon Quill, Esquire**
Defendant's Attorney

**THE DEFENDANT:**

( X ) pleaded guilty to count(s): **7194112**

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count(s) |
|---|---|---|---|
| 32 CFR 234.17(c)(1)(i) | Driving Under the Influence | 11/27/17 | 7194112 |

( X ) Count(s): **7194110, 7194111 and 7194113** are dismissed on the motion of the United States.

**IT IS THE JUDGMENT OF THIS COURT THAT:**

the defendant shall pay a fine in the amount of $200.00 plus the $10.00 special assessment and the $30.00 processing fee, and the defendant is placed on supervised probation for a period of one (1) year with the following special conditions: 1) the defendant shall enter and successfully complete an alcohol education program as directed; 2) the defendant shall not operate a motor vehicle anywhere in the United States for a period of one (1) year except: a) to, from and as directly required by the defendant's employment, b) to and from the probation office, c) to and from the alcohol program, d) to and from this court; 3) the defendant shall pay the fine, special assessment and processing fee within 90 days.

In addition to any conditions of probation imposed above, IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

## CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this judgment, the defendant:

1) shall not commit another federal, state or local crime.
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court;
14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
15) shall pay any fine or obligation imposed by this judgment.
16) shall not possess a firearm or destructive device.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

( ) The court orders commitment to the Attorney General and recommends:

**February 1, 2018**
Date of Imposition of Sentence

/s/
Signature of Judicial Officer
Michael S. Nachmanoff
**United States Magistrate Judge**
Name & Title of Judicial Officer

**February 1, 2018**
Date

## RETURN

I have executed this judgment as follows:_____

Defendant delivered on :_____ To _____
At _____
With a certified copy of this judgment.

_____
United States Marshal

By: _____
Deputy Marshal