Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

APR - 2 2018

U.S.A. vs. Alex Holmes _____ Docket No. 1:17-03064P _____

### Petition on Probation

      COMES NOW Sherylle Gant, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Alex Holmes, who was placed on supervision by the Honorable Michael S. Nachmanoff, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 1st day of February, 2018, who fixed the period of supervision at 1 year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### See Page 2

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**See Attachment(s)**

**RAYING THAT THE COURT WILL ORDER** the defendant be granted an extension until October 9, 2018, in order to satisfy the fine, special assessment and processing.

## ORDER OF COURT

Considered and ordered this _____ day of _____ 2018 and ordered filed and made a part of the records in the above case.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
_____
**Michael S. Nachmanoff**
**United States Magistrate Judge**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 04/02/2018

_____
Sherylle Gant
U.S. Probation Officer
703-366-2131

Place Alexandria, Virginia

## TO CLERK'S OFFICE

Petition on Probation
Page 2
RE: Holmes, Alex

OFFENSE: Driving Under the Influence of Alcohol in violation of Title 32, C.F.R., Section 234.17(c)(1)(i).

SENTENCE: 1 year supervised probation with the following special conditions:

1) the defendant shall enter and successfully complete an alcohol education program as directed;

2) the defendant shall not operate a motor vehicle anywhere in the United States for a period of one (1) year except: a) to, from and as directly required by the defendant's employment, b) to and from the probation office, c) to and from the alcohol program, d) to and from this court; and

3) the defendant shall pay the fine, special assessment and processing fee within 90 days.

ADJUSTMENT TO SUPERVISION: The defendant has reported to the probation office as directed. On March 5, 2018, he advised this officer that he had been terminated from his employment and was unable to pay his rent and other living expenses. Accordingly, he requested permission to relocate to his mother's residence in Marietta, Georgia. His mother was contacted on March 5, 2018, and she related she would permit him to reside with her. A transfer investigation request was submitted to U.S. Probation authorities in the Northern District of Georgia (NDGA) the same day.

On March 30, 2018, U.S. Probation authorities in the NDGA advised the defendant's case is suitable for transfer to their district. Mr. Holmes is scheduled to relocate on April 9, 2018. An inquiry with the Central Violations Bureau, on March 31, 2018, revealed no payments have been made toward the fine, special assessment or processing fee. The defendant plans to obtain employment, stabilize his finances and satisfy his probation obligations while residing with his mother.

SCG/cmf

Prob 12 (10/09)
VAE (rev. 5/17)